U.S. DISTRICT COURT
EASTERN DISTRICT-W
FILED
2012 JUN 29 P 4:28
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| QUAD/GRAPHICS, INC. | |
| Plaintiff, | |
| vs. | |
| ONE2ONE COMMUNICATIONS, LLC and BRUCE HEVERLY, | |
| Defendants, Counterclaimants | |
| And | Case No. 09-C-0099 |
| ONE2ONE COMMUNICATIONS, LLC and BRUCE HEVERLY, | Assigned to District Judge Stadtmueller |
| Third-Party Plaintiffs | |
| vs. | |
| OPEN*FIRST*, LLC., ROBERT KRAFT, RICHARD ZAGORSKI, CHARLES OLSZEWSKI, SCOTT KOSSORIS and JAMES NASH | |
| Third-Party Defendants, and | |
| SENTRY INSURANCE A MUTUAL COMPANY, | |
| Intervenor. | |

### DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that the defendants, One2One Communications, LLC and Bruce Heverly, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on January 31, 2012 and the Order on Post-Trial Motions entered on June 21, 2012.

Dated this 29th day of June, 2012.

Attorneys for Defendants, One2One
Communications, LLC and Bruce Heverly

By: _____
MICHAEL J. HANRAHAN
State Bar No. 1019483
FOX, O'NEILL & SHANNON, S.C.
622 North Water Street, Suite 500
Milwaukee, WI 53202
Phone (414) 273-3939
Fax    (414) 273-3947
Email  mjhanrahan@foslaw.com

Attorney John P. Beyel
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone (973) 993-8100